(November 27, 2012)

■ In the Matter of SHEUREKA L., Respondent, v SIDNEY S., Appellant. [955 NYS2d 302]—

Order, Family Court, New York County (Lori S. Sattler, J.) entered on or about September 8, 2011, which, after a fact-finding hearing in a proceeding brought pursuant to article 8 of the Family Court Act, granted the petition for an order of protection, unanimously affirmed, without costs.

Petitioner established by a fair preponderance of the evidence that respondent committed acts warranting an order of protection in her favor (*see* Family Ct Act §§ 832, 834). Family Court found that respondent "smacked [petitioner] across her chest," as alleged in the petition. It also found that an additional

incident occurred, supporting a finding of harassment in the second degree (Penal Law § 240.26; *People v Wood*, 59 NY2d 811 [1983]). Family Court also expressly found that petitioner's testimony was credible and respondent's testimony was not credible. No basis exists to disturb Family Court's findings of credibility (*Matter of Norma B. v Sven H.*, 74 AD3d 464 [1st Dept 2010]). Concur—Gonzalez, P.J., Saxe, Catterson, Acosta and Gische, JJ.